764 A.2d 1004

IN THE MATTER OF COLLEEN MARY COMERFORD, AN ATTORNEY AT LAW.

January 26, 2001.

## ORDER

**COLLEEN MARY COMERFORD** of **RADNOR, PENNSYLVANIA**, who was admitted to the bar of this State in 1988, having

been convicted in the Commonwealth of Pennsylvania of five counts of forgery (18 Pa.C.S.A. 4101(a)(2)) and five counts of tampering with records (18 Pa.C.S.A. 4104(a)), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **COLLEEN MARY COMERFORD** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **COLLEEN MARY COMERFORD** be restrained and enjoined from practicing law during the period of suspension; and it is further

ORDERED that **COLLEEN MARY COMERFORD** comply with *Rule* 1:20–20 dealing with suspended attorneys.